UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRAUSZ INDUSTRIES LTD., ) | |
| ) | |
| Plaintiff, ) | No. 2:10-cv-01204 RSL |
| v. ) | |
| ) | ORDER REGARDING PLAINTIFF'S |
| ROMAC INDUSTRIES, INC., et al. ) | MOTION TO FILE UNDER SEAL |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the Court on plaintiff Krausz Industries LTD's motion to file under seal. Dkt. #109. Plaintiff seeks to file Exhibit B to the Declaration of Avi Chiproot under seal because it contains "Mr. Chiproot's personal and confidential employment data from his employment with Krausz Industries between 1996-2001." Dkt. #109. Exhibit B is not written in English, and the Court cannot determine the contents of the document. Accordingly, plaintiff is ORDERED to file a written translation of Exhibit B to the Court within ten days of the date of this Order. The Court will consider the translated document to be subject to plaintiff's motion to seal.

To the extent the parties have relied on any documents that are not written in English in any submission, the Court will disregard such documents unless the parties provide translations to the Court. See e.g., Dkt. #107, Ex. C.

DATED this 27th day of May, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING PLAINTIFF'S MOTION TO FILE UNDER SEAL - 1