UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRAUSZ INDUSTRIES, LTD. f/k/a/ KRAUSZ METAL INDUSTRIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ROMAC INDUSTRIES, INC. and EVERETT J. PRESCOTT, INC., <br><br> Defendants. | No. 2:10-cv-01204RSL <br><br> ORDER GRANTING WITHDRAWAL OF MOTION TO FILE UNDER SEAL |

The Court having considered Plaintiff's Notice of Withdrawal of Motion to File Under Seal, together with all the papers on file in this matter, the Court hereby orders as follows:

IT IS ORDERED that Plaintiff's Motion to File Under Seal dated May 9, 2011 [Dkt. 109] shall be and is withdrawn.

SO ORDERED this 6th day of June, 2011.

*[signature: M S Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING WITHDRAWAL
OF MOTION TO FILE UNDER
SEAL - 1
Case No. 2:10-cv-01204RSL

K:\0525905\00001\20343_DBG\20343P2062

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022