1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
KRAUSZ INDUSTRIES, LTD,                          No. C10-1204RSL

                    Plaintiff,
9            v.

10   ROMAC INDUSTRIES, INC., et al.,               ORDER AWARDING FEES
                                                   AND COSTS
11                  Defendants.

12

13          This matter comes before the Court on a CR 37 Joint Submission Regarding Motion to

14   Compel and For Sanctions. Dkt. #150. On August 10, 2011, the Court GRANTED in part

15   plaintiff Krausz Industries LTD's motion to compel and for sanctions. Dkt. #165. The Court

16   ordered plaintiff to provide evidence of its costs and fees associated with the 30(b)(6)

17   deposition and motion to compel. The Court also ordered plaintiff to file a supplemental

18   memoranda identifying the documents it challenges on the basis of attorney-client privilege

     and/or work product doctrine.

19          On August 19, 2011, plaintiff filed a supplemental memoranda stating that the issue of

20   the withheld documents on the basis of privilege and/or work-product has been mooted by

21   defendant Romac Industries, Inc.'s recent production of approximately 1,000 documents.

22   Accordingly, the only issue remaining before the Court is the fee award.

23          In the August 10, 2011 Order, the Court found that Romac's 30(b)(6) deponents were

     wholly unprepared for topics 3 and 8 and that Romac's production of an unprepared witness

24   was tantamount to a failure to appear entitling it to reasonable fees and costs. Dkt. #165; see

25   Black Horse Lane Assoc., L.P. v. Dow Chem. Corp., 228 F.3d 275, 304 (3d Cir. 2000);

26   Resolution Trust Corp. v S. Union Co., Inc., 985 F.2d 196, 197 (5th Cir. 1993).

     ORDER AWARDING FEES AND COSTS - 1

On August 15, 2011, plaintiff submitted a declaration in support of its motion for sanctions detailing the fees and costs incurred. Plaintiff seeks the following amounts in fees and costs: (1) $14,384.50 in fees for the deposition and the motion for sanctions; (2) $313.40 flight cost for the deposition; (3) $197.43 additional costs associated with the deposition; and (4) $2,353.35 court reporter costs.

      1. The fees requested in category 1 are not reasonable. With respect to the deposition, the Court finds that 9.5 hours is reasonable for preparing and taking the approximately 6.5 hour deposition by Mr. Keyes. The Court also finds that 3 hours is reasonable time spent by Ms. Wood assisting and preparing for the deposition. With respect to the fees incurred in the motion to compel and for sanctions, the Court finds that 7 hours spent by Mr. Keyes researching, drafting, editing, and conferring with opposing counsel on the CR37 submission is reasonable. The Court also finds that 3.7 hours spent by Ms. Wood preparing exhibits, editing, finalizing, and e-filing the motion is reasonable. The time spent by Mr. Greenswag reviewing and revising the motion is duplicative. Accordingly, the Court reduces the amount for category 1 to $9,175.00.

      2. The Court finds that the flight cost ($313.40) Mr. Keyes incurred for the deposition is reasonable.

      3. Mr. Keyes seeks reimbursement for his food, beverage and transportation expenses. These are not reasonable expenses that were caused by the failure to appear. Mr. Keyes would have eaten regardless of location, and he could have taken the Sound Transit Link Light Rail from the airport to downtown Seattle. Accordingly, the Court denies this category of expenses.

      4. The Court finds that the court reporter costs ($2,353.35) are reasonable.

For all the foregoing reasons, and the reasons stated in the Court's prior Order, the Court GRANTS plaintiff's motion for sanctions in the amount of $11,841.75.

DATED this 30th day of August, 2011.

Robert S. Lasnik
United States District Judge

ORDER AWARDING FEES AND COSTS - 2